UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

DARNELL DIVON BISHOP &
DONTRELL DAMON NANCE,           **INDICTMENT**

      Defendants.
_____/

The Grand Jury charges:

## COUNT 1
**(Kidnapping)**

From on or about November 16, 2023, through on or about November 17, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DARNELL DIVON BISHOP and
DONTRELL DAMON NANCE

unlawfully seized, confined, kidnapped, abducted, carried away, and held, and aided and abetted the unlawful seizing, confinement, kidnapping, abduction, carrying away, and holding of, another person for ransom, reward, or otherwise, and in committing and in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate commerce, including, but not limited to, one or more of the following: a cellular phone and communication network, the CashApp application, an attempted transfer from a bank headquartered in Ohio; and a foreign-made vehicle.

18 U.S.C. § 1201(a)(1)
18 U.S.C. § 2

## COUNT 2
**(Interference with Commerce by Robbery)**

From on or about November 16, 2023, through on or about November 17, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DARNELL DIVON BISHOP and
DONTRELL DAMON NANCE

obstructed, delayed, and affected, and aided and abetted the obstruction, delay, and affecting of, commerce and the movement of an article or commodity in commerce by robbery, and committed and threatened physical violence, and aided and abetted the commission and threatening of physical violence, to another person in furtherance of a plan or purpose to obstruct, delay or affect commerce.

18 U.S.C. § 1951(a), (b)
18 U.S.C. § 2

# COUNT 3
## (Brandishing a Firearm During and in Relation to a Crime of Violence)

From on or about November 16, 2023, through on or about November 17, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

> DARNELL DIVON BISHOP and
> DONTRELL DAMON NANCE,

during and in relation to the crime of violence charged in Count 2, Interference with Commerce by Robbery, brandished, used, and carried, and aided and abetted the brandishing, use, and carrying of, a Taurus pistol.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## COUNT 4
## (Theft of Firearms from a Federal Firearms Licensee)

From on or about November 16, 2023, through on or about November 17, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DARNELL DIVON BISHOP and
DONTRELL DAMON NANCE

stole and aided and abetted the stealing of the following firearms from a licensed firearms dealer:

1. Kimber Manufacturing 9-millimeter pistol
2. Ruger LC9s 9-millimeter pistol
3. Canik TP9SFx 9-millimeter pistol
4. Kimber Manufacturing Stainless II 9-millimeter pistol
5. Smith & Wesson M&P 9-millimeter pistol
6. Heckler & Koch Sidearms VP9 9-millimeter pistol
7. Arex Rec Zero 9-millimeter pistol
8. HS Produkt Hellcat 9-millimeter pistol
9. Arex Rex Zero 9-millimeter pistol
10. Heckler & Koch Sidearms VP9 9-millimeter pistol
11. FN Herstal MK2P 5.7-caliber pistol
12. Ruger Wrangler .22-caliber revolver
13. Kimber Manufacturing Micro 9-millimeter pistol
14. Glock 17 9-millimeter pistol
15. Sig Sauer P320 9-millimeter pistol
16. Sig Sauer P226 Elite 9-millimeter pistol
17. Stoeger STR-9SC 9-millimeter pistol
18. Kimber Manufacturing Stainless II .45 caliber pistol
19. Smith & Wesson CSX 9-millimeter pistol
20. Smith & Wesson BG38-1 .38 caliber revolver
21. Smith & Wesson Victory .22 caliber revolver
22. Taurus Armas GX4 9-millimeter pistol
23. Sig Sauer P365 9-millimeter pistol
24. Taurus Armas G3X 9-millimeter pistol
25. FN Tactical .45 caliber pistol
26. Ruger Security 9-millimeter pistol
27. Taurus Armas 605 .357-calber revolver
28. Smith & Wesson SD9VE 9-millimeter pistol
29. Taurus TX .22 caliber pistol
30. Kimber Manufacturing Stainless Ultra Carry II .45 caliber pistol

31. Carl Walther P22 .22 caliber pistol
32. Carl Walther P22 .22 caliber pistol
33. Smith & Wesson M&P Shield 2.0 9-millimeter pistol
34. Umarex 502 .22 caliber pistol
35. Taurus TX .22 caliber pistol
36. Kimber Manufacturing Stainless LW .45 caliber pistol
37. Standard Manufacturing S333 .22 caliber revolver
38. Smith & Wesson 642-2 .38 caliber revolver
39. Kimber Manufacturing Micro Raptor 9-millimeter pistol
40. Smith & Wesson 642-2 .38 caliber revolver
41. HS Produkt Hellcat 9-millimeter pistol
42. Taurus Armas 856 .38 caliber revolver
43. Kimber Manufacturing Custom II .45 caliber pistol
44. Smith & Wesson BG380 .380 caliber pistol
45. Taurus Armas G3 9-millimeter pistol
46. Ruger Wrangler .22 caliber revolver
47. Hi-Point Firearms C9 9-millimeter pistol
48. ACP Philippines M1911 A1 FS Tactical II 10-millimeter pistol
49. Smith & Wesson M&P Bodyguard .380 caliber pistol
50. Taurus Armas G3C 9-millimeter pistol
51. Sig Sauer P365 9-millimeter pistol
52. Glock 45 9-millimeter pistol
53. Kimber Manufacturing Micro 9-millimeter pistol
54. Charter Arms Mag Pug .357 caliber revolver
55. Smith & Wesson BG38-1 .38 caliber revolver
56. Smith & Wesson SD40VE .40 caliber pistol
57. Heritage Manufacturing Barkeep .22 caliber revolver
58. Taurus Armas 605 .357 caliber revolver
59. Heritage Manufacturing Rough Rider .22 caliber revolvre
60. Sarsilmaz B6 9-millimeter pistol
61. Taurus Armas G3C .40 caliber pistol
62. Sig Sauer P365 9-millimeter pistol
63. Taurus Armas GX$ 9-millimeter pistol
64. Sig Sauer P320 9-millimeter pistol
65. HS Produkt Hellcat 9-millimeter pistol
66. Sig Sauer P365 9-millimeter pistol
67. Carl Walther PDP 9-millimeter pistol
68. Glock 21 .45 caliber pistol
69. Glock 42 .380 caliber pistol
70. Mauser 1911 .22 caliber pistol
71. Taurus Armas Judge .45 caliber revolver
72. Canik SFX Rival 9-millimeter pistol
73. Glock 19 9-millimeter pistol
74. Stoeger Industries STR-9C 9-millimeter pistol

75. Ruger Security 9-millimeter pistol
76. Canik TP9SFX 9-millimeter pistol
77. Heritage Manufacturing Rough Rider .22 caliber revolver
78. Tisas Zig PC1911 .45 caliber pistol
79. Ruger LCP II .380 caliber pistol
80. Glock 43 9-millimeter pistol
81. Si Geneseo Garrison .45 caliber pistol
82. Sig Sauer P320 9-millimeter pistol
83. Glock 20 10-millimeter pistol
84. Hi-Point Firearms .45 caliber pistol
85. Carl Walther PPQ .22 caliber pistol
86. Sig Sauer P320 9-millimeter pistol
87. Sig Sauer P322 .22 caliber pistol
88. Smith & Wesson M&P Shield Plus 9-millimeter pistol
89. Taurus Armas Spectrum .380 caliber pistol
90. Smith & Wesson M&P Magnum .22 caliber pistol
91. Ruger 57 5.7-millimeter pistol
92. Ruger EC9S 9-millimeter pistol
93. Sig Sauer P322 .22 caliber pistol
94. Kimber Manufacturing Micro 9-millimeter pistol
95. Glock 44 .22 caliber pistol
96. Sig Sauer P365 9-millimeter pistol
97. Glock 48 9-millimeter pistol
98. Taurus Armas G2C 9-millimeter pistol
99. HS Produkt Hellcat Pro 9-millimeter pistol
100. Bersa Thunder .380 caliber pistol
101. Glock 19 9-millimeter pistol
102. Glock 17 9-millimeter pistol
103. Taurus Armas G2C 9-millimeter pistol
104. Carl Walther P22 .22 caliber pistol
105. Heritage Manufacturing Rough Rider .22 caliber pistol
106. Carl Walther WMP .22 caliber pistol
107. Glock 43 9-millimeter pistol
108. Taurus Armas G3C 9-millimeter pistol
109. Kimber Manufacturing Custom LW .45 caliber pistol
110. Taurus Armas G3C 9-millimeter pistol
111. Hi-Point Firearms JCP .40 caliber pistol
112. Hi-Point Firearms JXP 10-millimeter pistol
113. Ruger LCP .380 caliber pistol
114. FN 509 9-millimeter pistol
115. Glock 43X 9-millimeter pistol
116. Smith & Wesson M&P Shield 2.0 9-millimeter pistol
117. Tisas 1911A1 Service .23 caliber pistol
118. Taurus Armas 605 .357 caliber revolver

      119.   Smith & Wesson M&P Shield 2.0 9-millimeter pistol
      120.   Heritage Manufacturing Rough Rider .22 caliber revolver
      121.   Canike Mete MC9 9-millimeter pistol
      122.   Glock 19X 9-millimeter pistol
      123.   Sig Sauer P365 9-millimeter pistol

18 U.S.C. § 924(m)
18 U.S.C. § 921(a)(1), (11)
18 U.S.C. § 2

## COUNT 5
**(Felon in Possession of Firearms)**

From on or about November 16, 2023, through on or about November 17, 2023, in Berrien County, in the Southern Division of the Western District of Michigan,

DONTRELL DAMON NANCE,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed the following firearms which were in and affecting commerce:

1. Kimber Manufacturing 9-millimeter pistol
2. Ruger LC9s 9-millimeter pistol
3. Canik TP9SFx 9-millimeter pistol
4. Kimber Manufacturing Stainless II 9-millimeter pistol
5. Smith & Wesson M&P 9-millimeter pistol
6. Heckler & Koch Sidearms VP9 9-millimeter pistol
7. Arex Rec Zero 9-millimeter pistol
8. HS Produkt Hellcat 9-millimeter pistol
9. Arex Rex Zero 9-millimeter pistol
10. Heckler & Koch Sidearms VP9 9-millimeter pistol
11. FN Herstal MK2P 5.7-caliber pistol
12. Ruger Wrangler .22-caliber revolver
13. Kimber Manufacturing Micro 9-millimeter pistol
14. Glock 17 9-millimeter pistol
15. Sig Sauer P320 9-millimeter pistol
16. Sig Sauer P226 Elite 9-millimeter pistol
17. Stoeger STR-9SC 9-millimeter pistol
18. Kimber Manufacturing Stainless II .45 caliber pistol
19. Smith & Wesson CSX 9-millimeter pistol
20. Smith & Wesson BG38-1 .38 caliber revolver
21. Smith & Wesson Victory .22 caliber revolver
22. Taurus Armas GX4 9-millimeter pistol
23. Sig Sauer P365 9-millimeter pistol
24. Taurus Armas G3X 9-millimeter pistol
25. FN Tactical .45 caliber pistol
26. Ruger Security 9-millimeter pistol
27. Taurus Armas 605 .357-calber revolver
28. Smith & Wesson SD9VE 9-millimeter pistol
29. Taurus TX .22 caliber pistol

30. Kimber Manufacturing Stainless Ultra Carry II .45 caliber pistol
31. Carl Walther P22 .22 caliber pistol
32. Carl Walther P22 .22 caliber pistol
33. Smith & Wesson M&P Shield 2.0 9-millimeter pistol
34. Umarex 502 .22 caliber pistol
35. Taurus TX .22 caliber pistol
36. Kimber Manufacturing Stainless LW .45 caliber pistol
37. Standard Manufacturing S333 .22 caliber revolver
38. Smith & Wesson 642-2 .38 caliber revolver
39. Kimber Manufacturing Micro Raptor 9-millimeter pistol
40. Smith & Wesson 642-2 .38 caliber revolver
41. HS Produkt Hellcat 9-millimeter pistol
42. Taurus Armas 856 .38 caliber revolver
43. Kimber Manufacturing Custom II .45 caliber pistol
44. Smith & Wesson BG380 .380 caliber pistol
45. Taurus Armas G3 9-millimeter pistol
46. Ruger Wrangler .22 caliber revolver
47. Hi-Point Firearms C9 9-millimeter pistol
48. ACP Philippines M1911 A1 FS Tactical II 10-millimeter pistol
49. Smith & Wesson M&P Bodyguard .380 caliber pistol
50. Taurus Armas G3C 9-millimeter pistol
51. Sig Sauer P365 9-millimeter pistol
52. Glock 45 9-millimeter pistol
53. Kimber Manufacturing Micro 9-millimeter pistol
54. Charter Arms Mag Pug .357 caliber revolver
55. Smith & Wesson BG38-1 .38 caliber revolver
56. Smith & Wesson SD40VE .40 caliber pistol
57. Heritage Manufacturing Barkeep .22 caliber revolver
58. Taurus Armas 605 .357 caliber revolver
59. Heritage Manufacturing Rough Rider .22 caliber revolvre
60. Sarsilmaz B6 9-millimeter pistol
61. Taurus Armas G3C .40 caliber pistol
62. Sig Sauer P365 9-millimeter pistol
63. Taurus Armas GX$ 9-millimeter pistol
64. Sig Sauer P320 9-millimeter pistol
65. HS Produkt Hellcat 9-millimeter pistol
66. Sig Sauer P365 9-millimeter pistol
67. Carl Walther PDP 9-millimeter pistol
68. Glock 21 .45 caliber pistol
69. Glock 42 .380 caliber pistol
70. Mauser 1911 .22 caliber pistol
71. Taurus Armas Judge .45 caliber revolver
72. Canik SFX Rival 9-millimeter pistol
73. Glock 19 9-millimeter pistol

74. Stoeger Industries STR-9C 9-millimeter pistol
75. Ruger Security 9-millimeter pistol
76. Canik TP9SFX 9-millimeter pistol
77. Heritage Manufacturing Rough Rider .22 caliber revolver
78. Tisas Zig PC1911 .45 caliber pistol
79. Ruger LCP II .380 caliber pistol
80. Glock 43 9-millimeter pistol
81. Si Geneseo Garrison .45 caliber pistol
82. Sig Sauer P320 9-millimeter pistol
83. Glock 20 10-millimeter pistol
84. Hi-Point Firearms .45 caliber pistol
85. Carl Walther PPQ .22 caliber pistol
86. Sig Sauer P320 9-millimeter pistol
87. Sig Sauer P322 .22 caliber pistol
88. Smith & Wesson M&P Shield Plus 9-millimeter pistol
89. Taurus Armas Spectrum .380 caliber pistol
90. Smith & Wesson M&P Magnum .22 caliber pistol
91. Ruger 57 5.7-millimeter pistol
92. Ruger EC9S 9-millimeter pistol
93. Sig Sauer P322 .22 caliber pistol
94. Kimber Manufacturing Micro 9-millimeter pistol
95. Glock 44 .22 caliber pistol
96. Sig Sauer P365 9-millimeter pistol
97. Glock 48 9-millimeter pistol
98. Taurus Armas G2C 9-millimeter pistol
99. HS Produkt Hellcat Pro 9-millimeter pistol
100. Bersa Thunder .380 caliber pistol
101. Glock 19 9-millimeter pistol
102. Glock 17 9-millimeter pistol
103. Taurus Armas G2C 9-millimeter pistol
104. Carl Walther P22 .22 caliber pistol
105. Heritage Manufacturing Rough Rider .22 caliber pistol
106. Carl Walther WMP .22 caliber pistol
107. Glock 43 9-millimeter pistol
108. Taurus Armas G3C 9-millimeter pistol
109. Kimber Manufacturing Custom LW .45 caliber pistol
110. Taurus Armas G3C 9-millimeter pistol
111. Hi-Point Firearms JCP .40 caliber pistol
112. Hi-Point Firearms JXP 10-millimeter pistol
113. Ruger LCP .380 caliber pistol
114. FN 509 9-millimeter pistol
115. Glock 43X 9-millimeter pistol
116. Smith & Wesson M&P Shield 2.0 9-millimeter pistol
117. Tisas 1911A1 Service .23 caliber pistol

118. Taurus Armas 605 .357 caliber revolver
119. Smith & Wesson M&P Shield 2.0 9-millimeter pistol
120. Heritage Manufacturing Rough Rider .22 caliber revolver
121. Canik Mete MC9 9-millimeter pistol
122. Glock 19X 9-millimeter pistol
123. Sig Sauer P365 9-millimeter pistol
124. Taurus G2 9-millimeter pistol

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(8)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
HANNA RUTKOWSKI
JONATHAN ROTH
Assistant United States Attorneys